IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 04-02164 (HHK)<br>ECF |

**STIPULATION REGARDING WITHDRAWAL OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

WHEREAS, plaintiff filed a Motion for a Preliminary Injunction on December 15, 2004, seeking an order requiring defendant to process plaintiff's September 30, 2004 request under the Freedom of Information Act ("FOIA") within thirty days;

WHEREAS, defendant has been processing plaintiff's FOIA request on an expedited basis, and anticipates that it will be able to complete processing of plaintiff's request by March 1, 2005;

WHEREAS, the parties wish to resolve the issues raised in Plaintiff's Motion for a Preliminary Injunction without further litigation.

WHEREFORE, the parties hereby stipulate to the following.

1. Defendant will, barring unforeseen circumstances such as an unexpected court-imposed deadline, complete processing of plaintiff's September 30 FOIA request by March 1, 2005.

2. Plaintiff will file a separate notice withdrawing its pending Motion for a

Preliminary Injunction.

|  | Respectfully submitted, |
|---|---|
| DAVID L. SOBEL<br>(D.C. Bar 360418) | PETER D. KEISLER<br>Assistant Attorney General |
| MARC ROTENBERG<br>(D.C. Bar 422825) | KENNETH L. WAINSTEIN<br>United States Attorney |
|  | ELIZABETH J. SHAPIRO (D.C. Bar 418925)<br>Assistant Director<br>Federal Programs Branch |
| /s/ Marcia Hofmann<br>Marcia Hofmann<br>(D.C. Bar 484136) | /s/ Peter M. Bryce<br>Peter M. Bryce (NY & IL Bars)<br>Trial Attorney<br>U.S. Department of Justice |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>Telephone: (202) 483-1140 | Civil Division, Federal Programs Branch<br><u>Mailing Address</u><br>P.O. Box 883<br>Washington, D.C. 20044<br><u>Delivery Address</u><br>20 Massachusetts Ave., N.W., Room 7221<br>Washington, D.C. 20001<br>Telephone: (202) 616-8335<br>Fax: (202) 616-8470<br>peter.bryce@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: January 3, 2005